**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 21, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT
_____

LOY ARLAN BRUNSON,

    Plaintiff - Appellant,

v.

ALMA S. ADAMS; PETE AGUILAR; COLIN Z. ALLRED; MARK E. AMODEI; KELLY ARMSTRONG; JAKE AUCHINCLOSS; CYNTHIA AXNE; DON BACON; TROY BALDERSON; ANDY BARR; NANETTE DIAZ BARRAGAN; KAREN BASS; JOYCE BEATTY; AMI BERA; DONALD S. BEYER, JR.; GUS M. ILIRAKIS; SANFORD D. BISHOP, JR.; EARL BLUMENAUER; LISA BLUNT ROCHESTER; SUZANNE BONAMICI; CAROLYN BOURDEAUX; JAMAAL BOWMAN; BRENDAN F. BOYLE; KEVIN M. BRADY; ANTHONY G. BROWN; JULIA BROWNLEY; VERN BUCHANAN; KEN BUCK; LARRY BUCSHON; CORI BUSH; CHERI BUSTOS; G. K. BUTTERFIELD; SALUD O. CARBAJAL; TONY CARDENAS; ANDRE CARSON; MATT CARTWRIGHT; ED CASE; SEAN CASTEN; KATHY CASTOR; JOAQUIN CASTRO; LIZ CHENEY; JUDY CHU; DAVID N. CICILLINE; KATHERINE M. CLARK; YVETTE D. CLARKE; EMANUEL CLEAVER; JAMES E. CLYBURN; STEVE COHEN; JAMES COMER; GERALD E. CONNOLLY; JIM COOPER; J. LUIS CORREA; JIM COSTA; JOE COURTNEY; ANGIE CRAIG; DAN CRENSHAW; CHARLIE

No. 23-4042
(D.C. No. 2:21-CV-00175-RJS)
(D. Utah)

CRIST; JASON A. CROW; HENRY CUELLAR; JOHN R. CURTIS; SHARICE DAVIDS; DANNY K. DAVIS; RODNEY DAVIS; MADELEINE DEAN; PETER A. DEFAZIO; DIANA L. DEGETTE; ROSA L. DELAURO; SUZAN K. DELBENE; ANTONIO DELGADO; VAL BUTLER DEMINGS; MARK DESAULNIER; THEODORE E. DEUTCH; DEBBIE DINGELL; LLOYD DOGGETT; MICHAEL F. DOYLE; TOM EMMER; VERONICA ESCOBAR; ANNA G. ESHOO; ADRIANO ESPAILLAT; DWIGHT EVANS; RANDY FEENSTRA; A. DREW FERGUSON, IV; BRIAN K. FITZPATRICK; LIZZIE LETCHER; JEFF FORTENBERRY; BILL FOSTER; LOIS FRANKEL; MARCIA L. FUDGE; MIKE GALLAGHER; RUBEN GALLEGO; JOHN GARAMENDI; SYLVIA R. GARCIA; JESUS GARCIA; JARED F. GOLDEN; JIMMY GOMEZ; TONY GONZALES; ANTHONY GONZALEZ; VICENTE GONZALEZ; JOSH GOTTHEIMER; KAY GRANGER; AL GREEN; RAUL M. GRIJALVA; GLENN GROTHMAN; BRETT GUTHRIE; DEBRA A. HAALAND; JOSH HARDER; ALCEE L. HASTINGS; JAHANA HAYES; JAIME HERRERA BEUTLER; BRIAN HIGGINS; J. FRENCH HILL; JAMES A. HIMES; ASHLEY HINSON; TREY HOLLINGSWORTH; STEVEN HORSFORD; CHRISSY HOULAHAN; STENY H. HOYER; JARED HUFFMAN; BILL HUIZENGA; SHEILA JACKSON LEE; SARA JACOBS; PRAMILA JAYAPAL; HAKEEM S. JEFFRIES; DUSTY JOHNSON; EDDIE BERNICE JOHNSON; HENRY C. JOHNSON, JR.; MONDAIRE JONES; DAVID P. JOYCE; KAIALI'I KAHELE; MARCY KAPTURE; JOHN KATKO; WILLIAM

R. KEATING; RO KHANNA; DANIEL T. KILDEE; DEREK KILMER; ANDY KIM; YOUNG KIM; RON KIND; ADAM KINZINGER; ANN KIRKPATRICK; RAJA KRISHNAMOORTHI; ANN M. KUSTER; DARIN LAHOOD; CONOR LAMB; JAMES R. LANGEVIN; RICK LARSEN; JOHN B. LARSON; ROBERT E. LATTA; JAKE LATURNER; BRENDA L. LAWRENCE; AL LAWSON, JR.; BARBARA LEE; SUSIE LEE; TERESA LEGER FERNANDEZ; ANDY LEVIN; MIKE LEVIN; TED LIEU; ZOE LOFGREN; ALAN S. LOWENTHAL; ELAINE G. LURIA; STEPHEN F. LYNCH; NANCY MACE; TOM MALINOWSKI; CAROLYN B. MALONEY; SEAN PATRICK MALONEY; KATHY E. MANNING; THOMAS MASSIE; DORIS O. MATSUI; LUCY MCBATH; MICHAEL T. MCCAUL; TOM MCCLINTOCK; BETTY MCCOLLUM; A. ADONALD MCEACHIN; JAMES P. MCGOVERN; PATRICK T. MCHENRY; DAVID B. MCKINLEY; JERRY MCNERNEY; GREGORY W. MEEKS; PETER MEIJER; GRACE MENG; KWEISI MFUME; MARIANETTE MILLER-MEEKS; JOHN R. MOOLENAAR; BLAKE D. MOORE; GWEN MOORE; JOSEPH D. MORELLE; SETH MOULTON; FRANK J. MRVAN; STEPHANIE N. MURPHY; JERROLD NADLER; GRACE F. NAPOLITANO; RICHARD E. NEAL; JOE NEGUSE; DAN NEWHOUSE; MARIE NEWMAN; DONALD NORCROSS; ALEXANDRIA OCASIO-CORTEZ; TOM O'HALLERAN; ILHAN OMAR; FRANK PALLONE, JR.; JIMMY PANETTA; CHRIS PAPPAS; BILL PASCRELL, JR.; DONALD M. PAYNE, JR.; NANCY PELOSI; ED PERLMUTTER; SCOTT H. PETERS;

DEAN PHILLIPS; CHELLIE PINGREE; MARK POCAN; KATIE PORTER; AYANNA PRESSLEY; DAVID E. PRICE; MIKE QUIGLEY; JAMIE RASKIN; TOM REED; KATHLEEN M. RICE; CATHY MCMORRIS RODGERS; DEBORAH K ROSS; CHIP ROY; LUCILLE ROYBAL-ALLARD; RAUL RUIZ; C.A. DUTCH RUPPERSBERGER; BOBBY L. RUSH; TIM RYAN; LINDA T. SANCHEZ; JOHN P. SARBANES; MARY GAY SCANLON; JANICE D. SCHAKOWSKY; ADAM B. SCHIFF; BRADLEY SCOTT SCHNEIDER; KURT SCHRADER; KIM SCHRIER; AUSTIN SCOTT; DAVID SCOTT; ROBERT C. SCOTT; TERRI A. SEWELL; BRAD SHERMAN; MIKIE SHERRILL; MICHAEL K. SIMPSON; ALBIO SIRES; ELISSA SLOTKIN; ADAM SMITH; CHRISTOPHER H. SMITH; DARREN SOTO; ABIGAIL DAVIS SPANGERGER; VICTORIA SPARTZ; JACKIE SPEIER; GREG STANTON; PETE STAUBER; MICHELLE STEEL; BRYAN STEIL; HALEY M. STEVENS; STEVE STIVERS; MARILYN STRICKLAND; THOMAS R. SUOZZI; ERIC SWALWELL; MARK TAKANO; VAN TAYLOR; MIKE THOMPSON; DINA TITUS; RASHIDA TLAIB; PAUL TONKO; NORMA J. TORRES; RITCHIE TORRES; LORI TRAHAN; DAVID J TRONE; MICHAEL R. TURNER; LAUREN UNDERWOOD; FRED UPTON; JUAN VARGAS; MARC A. VEASEY; FILEMON VELA; NYDIA M. VELAZQUEZ; ANN WAGNER; MICHAEL WALTZ; DEBBIE WASSERMAN SCHULTZ; MAXINE WATERS; BONNIE WATSON COLEMAN; PETER WELCH; BRAD R. WENSTRUP; BRUCE WESTERMAN;

JENNIFER WEXTON; SUSAN WILD; NIKEMA WILLIAMS; FREDERICA S. WILSON; STEVE WOMACK; JOHN A. YARMUTH; DON YOUNG, in their capacity as United States House Representatives; TAMMY BALDWIN; JOHN BARRASSO; MICHAEL F. BENNET; MARSHA BLACKBURN; RICHARD BLUMENTHAL; ROY BLUNT; COREY A. BOOKER; JOHN BOOZMAN; MIKE BRAUN; SHERROD BROWN; RICHARD BURR; MARIA CANTWELL; SHELLEY CAPITO; BENJAMIN L. CARDIN; THOMAS R. CARPER; ROBERT P. CASEY, JR.; BILL CASSIDY; SUSAN M. COLLINS; CHRISTOPHER A. COONS; JOHN CORNYN; CATHERINE CORTEZ MASTO; TOM COTTON; KEVIN CRAMER; MIKE CRAPO; STEVE DAINES; TAMMY DUCKWORTH; RICHARD J. DURBIN; JONI ERNST; DIANNE FEINSTEIN; DEB FISCHER; KIRSTEN E. GILLIBRAND; LINDSEY GRAHAM; CHUCK GRASSLEY; BILL HAGERTY; MAGGIE HASSAN; MARTIN HEINRICH; JOHN HICKENLOOPER; MAZIE HIRONO; JOHN HOEVEN; JAMES INHOFE; RON JOHNSON; TIM KAINE; MARK KELLY; ANGUS S. KING, JR.; AMY KLOBUCHAR; JAMES LANKFORD; PATRICK LEAHY; MIKE LEE; BEN LUJAN; CYNTHIA M. LUMMIS; JOE MANCHIN, III; EDWARD J. MARKEY; MITCH MCCONNELL; ROBERT MENENDEZ; JEFF MERKLEY; JERRY MORAN; LISA MURKOWSKI; CHRISTOPHER MURPHY; PATTY MURRAY; JON OSSOFF; ALEX PADILLA; RAND PAUL; GARY C. PETERS; ROB PORTMAN; JACK REED; JAMES E. RISCH; MITT ROMNEY;

| | |
|---|---|
| JACKY ROSEN; MIKE ROUNDS; MARCO RUBIO; BERNARD SANDERS; BEN SASSE; BRIAN SCHATZ; CHARLES E. SCHUMER; RICK SCOTT; TIM SCOTT; JEANNE SHAHEEN; RICHARD C. SHELBY; KYRSTEN SINEMA; TINA SMITH; DEBBIE STABENOW; DAN SULLIVAN; JON TESTER; JOHN THUNE; THOM TILLIS; PATRICK J. TOOMEY; HOLLEN VAN; MARK R. WARNER; RAPHAEL G. WARNOCK; ELIZABETH F. WARREN; SHELDON WHITEHOUSE; ROBERT F. WICKER; RON WYDEN; TODD YOUNG, in their capacity as United States Senators; JOSEPH ROBINETTE BIDEN, JR., in his capacity of President of the United States; MICHAEL RICHARD PENCE, in his capacity as former Vice President; KAMALA D. HARRIS, in her capacity as Vice President of the United States,<br><br>　　Defendants - Appellees. | |

―――――――――――――――――――

**ORDER**

―――――――――――――――――――

This appeal is dismissed for lack of prosecution pursuant to Tenth Circuit Rules 3.3(B) and 42.1. A copy of this order shall stand as and for the mandate of the court.

　　　　　　　　　　　　　　　　　　　Entered for the Court

　　　　　　　　　　　　　　　　　　　CHRISTOPHER M. WOLPERT, Clerk