UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

July 21, 2023

Loy Arlan Brunson
55 North Merchant Street, Unit 1631
American Fork, UT 84003

Nathan Jack
Anne E. Rice
Office of the United States Attorney
District of Utah
111 South Main Street, Suite 1800
Salt Lake City, UT 84111-2176

Gary P. Serdar
United States District Court for the District of Utah
351 South West Temple
Salt Lake City, UT 84101

**RE:**   **23-4042, Brunson v. Adams, et al**
Dist/Ag docket: 2:21-CV-00175-RJS

Dear Appellant, Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/sls