# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

April 24, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

    Re:  Loy Arlan Brunson
          v. Alma S. Adams, et al.
          No. 22-1028
          (Your No. 23-4042)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on April 19, 2023 and placed on the docket April 24, 2023 as No. 22-1028.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst