# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

June 26, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

    Re: Loy Arlan Brunson
        v. Alma S. Adams, et al.
        No. 22-1028
        (Your No. 23-4042)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari before judgment is denied.

Sincerely,

**Scott S. Harris**, Clerk