UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

June 27, 2023

Loy Arlan Brunson  
55 North Merchant Street, Unit 1631  
American Fork, UT 84003

**RE:**    23-4042, Brunson v. Adams, et al  
        Dist/Ag docket: 2:21-CV-00175-RJS

Dear Appellant:

You have failed to comply with the requirements of Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respects:

The prescribed fee for this appeal has not been paid, nor has a compliant motion for leave to proceed on appeal without prepayment of costs and fees been filed with the court.

An entry of appearance has not been filed as required by 10th Cir. R. 46.1.

Appellant's brief has not been timely filed. *See* Fed. R. App. P. Rule 31(a)(1) and 10th Cir. R. 31.1.

Please correct the stated deficiencies within seven days of the date of this letter. Please note that if the documents are not timely filed, it is possible the appeal could be dismissed for failure to prosecute under 10th Cir. R. 3.3(B) and 42.1.

Sincerely,

Christopher M. Wolpert  
Clerk of Court

cc:    Nathan Jack  
       Anne E. Rice

CMW/sls