No. 22-1028

In The

## Supreme Court of the United States

LOY ARLAN BRUNSON,

*Petitioner,*

v.

ALMA S ADAMS, et, al.,

*Respondents.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2023 I caused to be mailed, in the United States mail, to the parties named below 3 copies of a true an correct copy of **PETITIONER'S PETITION FOR REHEARING.**

Counsel for Respondents
Elizabeth B. Preloger
US Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001
202-514-2217

United Sates Courthouse
10th Circuit Court
1823 Stout Street
Denver, CO 80257
303-844-3757

Judge Robert J Shelby
United States Courthouse
351 South West Temple
Salt Lake City, Utah 84101
801-524-6018

Dated this the 7th day of July, 2023

*Raland Brunson*
Raland Brunson